778 S.E.2d 482

**H. Eugene HUDSON, Respondent,**

v.

**Mary Lee HUDSON, Petitioner.**

**Appellate Case No. 2014–001347.**

**No. 27584.**

Supreme Court of South Carolina.

Heard Sept. 22, 2015.

Decided Oct. 28, 2015.

Carolyn R. Hills, of Hills & Hills, PC, and Nicole Nicolette Mace, of The Mace Law Firm, both of Myrtle Beach, for petitioner.

Charles D. Lee, III, of McLaren & Lee, of Columbia and E. Windell McCrackin, of McCrackin Barnett & Richardson, L.L.P., of Myrtle Beach, both for respondent.

PER CURIAM.

We granted certiorari to review the court of appeals' opinion in *Hudson v. Hudson*, 408 S.C. 76, 757 S.E.2d 727 (Ct.App. 2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, KITTREDGE and HEARN, JJ., concur.

BEATTY, J., concurring in result only.